**Order entered April 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01522-CR

**JOHN JAMES OBIOLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81527-2017**

## ORDER

Before the Court is appellant's April 23, 2019 first motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** appellant's brief due on June 17, 2019.


/s/     BILL PEDERSEN, III
        JUSTICE